UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY WALKER, | CASE NO. C09-1750MJP |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Having reviewed Plaintiff's Motion to Continue the Deadline for the Joint Status Report (Dkt. No. 11) and the Government having indicated their lack of opposition thereto,

IT IS ORDERED that the Joint Status Report deadline in this matter will be continued to **November 15, 2010**.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 5th day of November, 2010.

Marsha J. Pechman
United States District Judge

ORDER- 1