UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY WALKER, | CASE NO. C10-1750MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiff Walker's Motion for Damages (Dkt. No. 14), which was filed on November 7, 2010 and is noted for November 12, 2010.  Plaintiff is referred to Local Rule 7(d)(3): "All other nondispositive motions… shall be noted for consideration no earlier than the third Friday after filing and service of the motion…"

In light of the fact that the third Friday after filing falls on the day after Thanksgiving, Plaintiff's motion for damages is re-noted to **November 29, 2010.**

MINUTE ORDER- 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed this 8th day of November 2010.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER- 2