1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   KATHY WALKER,                                      CASE NO. C09-1750MJP

11                     Plaintiff/Petitioner,            ORDER TO SHOW CAUSE

12           v.

13   UNITED STATES OF AMERICA,

14                     Defendant/Respondent.

15

16       On November 7, 2010, Plaintiff-Petitioner filed a Motion for Damages (Dkt. No. 14)

17   requesting reimbursement for damage which she alleges was done to her vehicle while in the

18   custody of Respondent. The motion was originally noted for November 12, 2010 and then re-

19   noted to November 29, 2010.

20       The government has filed nothing in response to this motion, which is now past its noting

21   date.  The Court is mindful of CR 7(b)(2): "If a party fails to file papers in opposition to a

22   motion, such failure may be considered by the court as an admission that the motion has merit."

23   Wherefore,

24

ORDER TO SHOW CAUSE- 1

1  Respondent is ORDERED TO SHOW CAUSE by December 14, 2010 why Petitioner's

2  motion should not be granted.

3

4  The clerk is ordered to provide copies of this order to all counsel.

5  Dated this 7th day of December, 2010.

6

7

8  Marsha J. Pechman
   United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE- 2