UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY WALKER,<br><br>               Plaintiff/Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant/Respondent. | CASE NO. C09-1750MJP<br><br>ORDER RE: REVISED BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR DAMAGES |

      The Court, having received and reviewed the United States' Response to Order to Show Cause (Dkt. No. 24), enters the following order:

      Petitioner's 4-page pleading (Motion for Damages, Dkt. No. 14) is clearly labeled, in the Court's minute order of November 8, 2010 (Dkt. No. 15), as a non-dispositive motion. The government's Motion to Dismiss Walker's Complaint (Dkt. No. 20), while filed in the wake of Petitioner's own motion and purportedly in response to that motion, is a 17-page document with all the hallmarks (length, noting date, caption) of a dispositive motion.

      LR 7(e)(4) sets the page limits on non-dispositive motions at 12 pages for opening and responsive briefs. The briefing schedule on Petitioner's motion is hereby revised as follows:

- The United States will file its response (not to exceed 12 pages) by no later than **December 14, 2010**.
- Petitioner's motion is re-noted to **December 20, 2010** and her reply brief (not to exceed 6 pages) will be due no later than that date.

The government's motion to dismiss is stricken. If, following the ruling on Petitioner's motion, the United States still believes that such a motion is in order, Respondent is free to re-file it.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _9th _ day of December, 2010.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER RE: REVISED BRIEFING SCHEDULE
ON PETITIONER'S MOTION FOR DAMAGES- 2